

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00022-CV

Kristine Zambrano, in her Individual and Official Capacities
v.
Aaron Malone

On Appeal from the
36th District Court of Bee County, Texas
Trial Cause No. B-15-1019-CV-C-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed and rendered in part. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART.

Costs of the appeal are evenly adjudged against appellant and appellee, although appellee is exempt from payment due to his affidavit of inability to pay costs.

We further order this decision certified below for observance.

January 25, 2018